

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-6-2012

# USA v. Michael Wright

Precedential or Non-Precedential: Precedential

Docket No. 10-3552

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Michael Wright" (2012). *2012 Decisions.* Paper 626.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/626

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3552
_____

UNITED STATES OF AMERICA,
Appellant

v.

MICHAEL WRIGHT and
RANDALL WRIGHT

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Nos. 5-09-cr00270-001 & 5-09-cr0027-0002)
District Judge: Honorable Lawrence F. Stengel

ORDER

PRESENT:  McKEE, <u>Chief</u> <u>Judge</u>, SLOVITER, SCIRICA, RENDELL, AMBRO,
FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY, JR., VANASKIE, and ALDISERT[1], <u>Circuit</u> <u>Judges</u>


**ORDER**

The Court, *sua sponte,* orders rehearing *en banc* in the above captioned case.

It is ordered that the Clerk of this Court list the case for rehearing *en banc*

---

[1]Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.

at the convenience of the Court.

By the Court,

/s/ Theodore A. McKee

Chief Circuit Judge

Date: July 6, 2012

cc: Robert A. Zauzmer, Esq.
    Mark S. Greenberg, Esq.
    Michael N. Huff, Esq.